**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CEDRIC GREENE**                                                      **PLAINTIFF**

**v.**                                        **No. 3:26-cv-97-DPM**

**PROSPECT MEDICAL GROUP**                                    **DEFENDANT**

**ORDER**

1.     Application to proceed *in forma pauperis*, *Doc. 1*, is granted. Greene reports living on government assistance and no savings.

2.     The Court must screen the complaint.  28 U.S.C. § 1915(e)(2). The Eastern District of Missouri earlier ruled that it wasn't the proper venue for Greene's claims.   It dismissed the complaint rather than permitting transfer to another venue.  *Doc. 4*, *Greene v. Prospect Medical Group*, No. 4:25-cv-1153-AGF (E.D. Mo. 17 November 2025).   In his current complaint, Greene challenges that dismissal and asks the Court to permit transfer here.  *Doc. 2 at 7-8.*

3.     This Court cannot undo the outcome of Greene's case in the Eastern District of Missouri;  and it cannot provide the "transfer relief" he requests.  28 U.S.C. § 1406(a).  The Court will therefore dismiss his complaint without prejudice.  28 U.S.C. § 1915(e)(2)(b).

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_14 April 2026_