## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**CEDRIC GREENE**                                                         **PLAINTIFF**

**v.**                              **No. 3:26-cv-97-DPM**

**PROSPECT MEDICAL GROUP**                                    **DEFENDANT**

## JUDGMENT

Greene's complaint is dismissed without prejudice.


_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

14 April 2026